IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR3018 |
| | ) | |
| MELVIN LEE BOURNE, | ) | |
| a/k/a Lawrence Wesley Jenkins, Sr., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before this Court on defendant's Unopposed Motion to Continue the Deadline for Filing Sentencing Statement, filing 46. The Court, being fully advised in the premises, and noting the Government has no objection to the same, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that:

1. the defendant shall file his Sentencing Statement on or before July 8, 2008; and

2. the deadline for the judge's notice to counsel of rulings, tentative findings, and whether oral testimony is to be permitted is extended to July 15, 2008.

Dated June 30, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge