IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR3018 |
| | ) | |
| LAWRENCE WESLEY JENKINS, Sr., | ) | |
| a/k/a Melvin Lee Bourne | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

THIS MATTER comes before this Court on Defendant's Unopposed Motion to Continue the Deadline for Filing a Downward Departure/Variance Motion and Supporting Brief, filing 49. The Court noting the Government has no objection to the motion, finds that the motion should be granted.

IT IS THEREFORE ORDERED that:

1. the defendant shall file his downward departure/variance motion and supporting brief on or before July 15, 2008;

2. the United States shall have until July 21, 2008, to respond to the motion;

3. the deadline for the judge's notice to counsel of rulings, tentative findings, and whether oral testimony is to be permitted is extended to July 24, 2008; and

4. the sentencing hearing is continued to August 6, 2008, at 12:15 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, NE.

Dated this 8th day of July, 2008.

BY THE COURT:

s/ Warren K. Urbom
United States Senior District Judge