IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE WESLEY JENKINS SR., | ) | ORDER ON MOTION TO EXTEND |
| | ) | PLAINTIFF'S RESPONSE DEADLINE |
| Defendants. | ) | |
| | ) | |

    IT IS ORDERED that the Motion to Extend Plaintiff's Response Deadline, filing 53, is granted.  The government shall have on or before July 24, 2008, to file and serve its response.

    Dated July 23, 2008.

                            BY THE COURT

                            s/ Warren K. Urbom
                            United States Senior District Judge