IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE WESLEY JENKINS SR., | ) | ORDER ON OBJECTIONS TO |
| | ) | PRESENTENCE INVESTIGATION |
| Defendants. | ) | REPORT |
| | ) | |

The defendant has objected to the following paragraphs of the Presentence Investigation Report: 28, 29, 30, 31, 33, 38, 39, 40, 41, 42, 43, 44, 45, 47, 48, 49, 51, 52, and 110.

An evidentiary hearing has been requested by the defendant and that request will be granted, following which a determination will be made with respect to the objections of the defendant.

Accordingly, I find that all paragraphs of the Presentence Investigation Report, other than those objected to by the defendant, are adopted as true and accurate.

The evidentiary hearing is set for August 6, 2008, at 12:15 p.m. Live testimony may be given by Dr. Mario Scalora regarding the psychological evaluation he conducted on the defendant and by the defendant regarding his upbringing, family situation and substance abuse. Documentary evidence may be presented on behalf of the government or the defendant or both.

Dated August 1, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge