IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE WESLEY JENKINS SR., | ) | ORDER ON UNOPPOSED MOTION TO |
| | ) | CONTINUE SENTENCING HEARING |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Unopposed Motion to Continue Sentencing Hearing, filing 60, is granted;

2. the sentencing hearing is continued to August 26, 2008, at 1:30 p.m. in Courtroom No. 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska,

3. the defendant shall be present for the hearing.

Dated August 4, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge