IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE WESLEY JENKINS SR., | ) | ORDER ON THE MOTION TO CONTINUE |
| | ) | SENTENCING HEARING |
| Defendants. | ) | |
| | ) | |

As a result of a telephone conference between Ms. Kimberly Bunjer, counsel for the government; Mr. John Vanderslice, counsel for the defendant Lawrence Wesley Jenkins, Sr.; and me,

IT IS ORDERED that:

1. the Motion to Continue Sentencing Hearing, filing 62, is granted;

2. the sentencing hearing for the defendant Lawrence Wesley Jenkins, Sr., is continued and shall commence at 1:30 p.m. on September 17, 2008, in Courtroom No. 4, U.S. Courthouse, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated August 26, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge