IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v.  ) <br>  ) <br> LAWRENCE WESLEY JENKINS, Sr., ) <br> a/k/a Melvin Lee Bourne ) <br>  ) <br> Defendant. ) <br> _____  ) | Case No. 4:08CR3018 <br><br> ORDER ON THE MOTION TO CONTINUE <br> SENTENCING HEARING |

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Sentencing Hearing, filing 72.  With no objection to this continuance being expressed by the government, I find that the motion to continue the sentencing hearing should be granted.

IT IS THEREFORE ORDERED that:

1. the Motion to Continue Sentencing Hearing, filing 72, is granted;

2. the sentencing hearing for the defendant Lawrence Wesley Jenkins, Sr., is continued and shall commence at 1:00 p.m. on October 8, 2008, in Courtroom No. 4, U.S. Courthouse, Lincoln, Nebraska; and

3. the defendant shall be present for the hearing.

Dated September 8, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge