IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 OCT -8  AM 10: 27

OFFICE OF THE CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR3018 |
| | ) | |
| LAWRENCE WESLEY JENKINS, Sr., | ) | ORDER ON THE MOTION TO CONTINUE |
| a/k/a Melvin Lee Bourne | ) | SENTENCING HEARING |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER comes before the Court on defendant's unopposed oral motion to continue sentencing hearing.  Being fully advised in the premises, and noting that the government has no objection, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that:

1.      the oral motion to continue sentencing hearing is granted;

2.      the sentencing hearing for the defendant Lawrence Wesley Jenkins, Sr., is continued and shall commence at 2:30 p.m. on October 17, 2008, in Courtroom No. 4, U.S. Courthouse, Lincoln, Nebraska; and

3.      the defendant shall be present for the hearing.

Dated this _8th_ day of October, 2008.

BY THE COURT:

The Honorable Warren K. Urbom
Senior United States District Judge