IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:08CR3018 |
| v. | ) ) | |
| LAWRENCE WESLEY JENKINS SR., | ) ) | ORDER ON MOTION TO SEAL |
| Defendant. | ) ) | |

In my order regarding the motion to reduce sentence, filing 77, I directed counsel to file their responses under seal; therefore, no further request was necessary. However, because a motion to seal was filed,

IT IS ORDERED that the Motion to Seal, filing 78, is granted.

Dated October 21, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge