IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE WESLEY JENKINS SR., | ) | ORDER GRANTING REQUEST FOR |
| | ) | TRANSCRIPT OR NO TRANSCRIPT |
| Defendants. | ) | CERTIFICATE |
| | ) | |

The Federal Public Defender as counsel for the defendant has filed a Request for Transcript or No Transcript Certificate, filing 109.

IT IS ORDERED that:

1.    the Request for Transcript or No Transcript Certificate, filing 109, is granted;

2.    the clerk of the court shall have transcribed the sentencing hearing held on November 5, 2008, in the above-captioned case; and

3.    the transcript shall be filed  within fourteen calendar days after receipt of this order.

Dated January 30, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge