IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:08-CR-3018 |
| vs. | ORDER |
| LAWRENCE WESLEY JENKINS, SR., | |
| Defendant. | |

This matter is before the Court on the defendant's unopposed motion to reduce sentence (filing 156) pursuant to § 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (2018). The parties have stipulated to a sentence reduction to 151 months. Filing 157. The Court, having reviewed the record and considered the factors enumerated in 18 U.S.C. § 3553(a), agrees that the parties' stipulated reduction is appropriate. And because the defendant has already served at least 151 months of his sentence, the stipulated reduction results in a sentence of time served. Accordingly,

IT IS ORDERED:

1. The 2019 First Step Act Retroactive Sentencing Worksheet (filing 153) is adopted without change.

2. The defendant's unopposed motion to reduce sentence (filing 156) is granted.

3. The defendant's sentence is reduced to time served.

4. An amended judgment will be entered.

Dated this 18th day of March, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge